UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOLDEN EAGLE INSURANCE CORPORATION,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MARYLAND CASUALTY COMPANY; AND DOES 1 THROUGH 20, INCLUSIVE,<br><br>　　　　Defendants. | Case No. EDCV 10-00975 VAP(DTBx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

　　Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Judgment is entered in favor of Plaintiff against Defendant. The Court orders that such judgment be entered.

Dated: March 18, 2011

　　　　　　　　　　　　　　　　VIRGINIA A. PHILLIPS
　　　　　　　　　　　　　　　United States District Judge